

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00372-CR

| | | |
|---|---|---|
| JOSHUA JORDAN HAZLEWOOD, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR17-0749) |
| V. | § | June 27, 2019 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell